No. 545. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* STOKES.

December 9, 1935. *Per Curiam:* The petition for writ of certiorari in this case is granted. Decree reversed. *Douglas* v. *Willcuts, ante,* p. 1; and *Helvering* v. *Schweitzer* and *Helvering* v. *Blumenthal,* the two cases next following. *Solicitor General Reed* for petitioner. *Mr. Charles H. Knight* for respondent.

Nos. 69 and 70. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SCHWEITZER. Argued November 21, 1935. Decided December 9, 1935. *Per Curiam:* Decrees reversed. *Douglas* v. *Willcuts, ante,* p. 1. *Assistant Attorney General Wideman,* with whom *Solicitor General Reed* and *Mr. Sewall Key* were on the brief, for petitioner. *Mr. Hugh W. McCulloch* for respondent. By leave of Court, *Mr. Russell L. Bradford* filed a brief as *amicus curiae* supporting the position of respondent. With him on the brief were *Messrs. George H. Craven* and *Arthur O. Lampland.*